## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ANGELIA VAVERKA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case No. 08-CV-00837-D** |
| | ) | |
| MERCURY MARINE, a Wisconsin | ) | |
| company doing business in Oklahoma, | ) | |
| RANDY TALLMAN, an individual, | ) | |
| and JOHN HENSLEY, an individual, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Upon consideration of Defendant Mercury Marine's Motion to Withdraw its Motion for Protective Order [Docket No. 45], and being fully advised in the premises, the Court finds that said Motion should be **GRANTED**.

IT IS THEREFORE ORDERED that Defendant Mercury Marine's Motion for Protective Order [Docket No. 40] is withdrawn.

IT IS SO ORDERED this 8th day of July, 2009.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE